President of The United States
Guy Ralph Perea
Vice President of The United States
Tammy Dawn Perea JTWROS
124 Hilder Street
Soledad CA 93960
State Bar CC-16224 Inquiry

1. Tax ID 94-2769481
2.
                    United States District Court
                    District of Massachusetts
3. President of The United States
   Guy Ralph Perea
4. Vice President of The United States                Writ of
   Tammy Dawn Perea JTWROS                           Habeas Corpus
5.              Petitioner
   Versus
6. John Kerry Senator of Massachusetts
                    Respondent
7.
8.              Complaint
9.  You are violating the Geneva Convention by sending
10. us bread with animal feces in from a place called
11. Trader Joes East out of Needham Heights, Massachusetts
12. under your Deferred Compensation investments in Prison
13. foods — the same as you did in Iraq — Criminal Charges
14. will be brought, Relief granted from the Commonwealth.
15.
16. June 15, 2004 PT          [signature]
17.                           President of The United States
18.                           Vice President of The United States
                              Tammy Dawn Perea JTWROS

FILED
IN CLERKS OFFICE
2004 JUL -6 P 4 06
U.S. DISTRICT COURT
DISTRICT OF MASS

1392