```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS

GUY RALPH REREA, ET AL.,           )
          Plaintiffs,              )
                                   )
     v.                            )     CIVIL ACTION
                                   )     NO.  04-11579-DPW
JOHN KERRY, U.S. SENATOR FROM      )
MASSACHUSETTS,                     )
          Defendant.               )
```

### ORDER OF DISMISSAL

WOODLOCK, District Judge

    On August 8, 2004 this Court issued a Memorandum and Order of Dismissal (#2) requiring the Plaintiffs to show good cause why the case should not be dismissed for the reasons stated therein.  To date, no response to the Memorandum and Order has been received from the Plaintiffs.  The docket sheet indicates that on August 23, 2004 the mailing to the Plaintiffs was returned to the Court as undeliverable.  Further attempts to locate the Plaintiffs' current whereabouts and mailing address were unsuccessful. Accordingly, for Plaintiffs' failure to apprize this Court of their current contact information pursuant to Local Rule 83.5.2(e) and for failure to show good cause as directed, and for the reasons stated in the Memorandum and Order, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

```
                                   BY THE COURT,

                                   /s/Rebecca Greenberg
Dated: September 20, 2004     Deputy Clerk
```